UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GERALD THOMAS                                    CIVIL ACTION

VERSUS                                           NO: 07-3467

GARRETT PARKER                                   SECTION: R(5)

**ORDER**

Having reviewed *de novo* plaintiff's complaint, the applicable law, and the Magistrate Judge's Report and Recommendation, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, the Court DISMISSES without prejudice plaintiff's complaint to the extent that it can be construed as a request for habeas corpus relief. To the extent that it raises a claim under 42 U.S.C. § 1983, the Court DISMISSES plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(B)(i).

New Orleans, Louisiana, this 7th day of November, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE